**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | No. 1:16-cr-199 |
| v. : | |
| : | (Judge Kane) |
| **MICHAEL HOLMES** : | |
| : | |

### ORDER

**AND NOW**, on this 8th day of February 2017, upon consideration of Defendant's motion to suppress evidence pursuant to the Fourth Amendment to the Constitution (Doc. No. 26), and for the reasons stated in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion to suppress is **DENIED**.

                                                     s/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania